IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATIONWIDE PROPERTY AND
CASUALTY INSURANCE CO.                                         PLAINTIFF

v.                              No. 3:13-cv-236-DPM

DONALD R. FAIRCLOTH, JR.; ROBERT
JONES, on behalf of Lilian Jones, a minor;
CAROLYN JONES; on behalf of Lilian Jones,
a minor; and RANDALL COHEA, Individually
and as Personal Representative of the Estate of
Samantha Cohea, Deceased                                       DEFENDANTS

ORDER

Cohea's motion to dismiss for want of subject matter jurisdiction, № 3, denied for the reasons stated, and based on the precedent cited, in Nationwide's brief, № 7.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 December 2013