IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATIONWIDE PROPERTY & CASUALTY
INSURANCE COMPANY                                                                PLAINTIFF

v.                              No. 3:13-cv-236-DPM

DONALD R. FAIRCLOTH, JR.; ROBERT
JONES, on behalf of Lillian Jones, a minor;
CAROLYN JONES, on behalf of Lillian Jones,
a minor; and RANDALL COHEA, individually
and as Personal Representative of the Estate of
Samantha Cohea, Deceased                                                        DEFENDANTS

## ORDER

The Court notes the parties' stipulation of dismissal. № 28. All claims against Robert and Carolyn Jones, individually and on behalf of Lillian Jones, are dismissed with prejudice. FED. R. CIV. P. 41(a)(1)(A)(ii).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 June 2014