IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATIONWIDE PROPERTY & CASUALTY
INSURANCE COMPANY                                                PLAINTIFF

v.                          No. 3:13-cv-236-DPM

DONALD R. FAIRCLOTH, JR. and
RANDALL COHEA, individually
and as Personal Representative of the Estate of
Samantha Cohea, Deceased                                         DEFENDANTS

ORDER

Joint motion, № 66, granted. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Randall Cohea individually and as personal representative of the estate of Samantha Cohea, is dismissed without prejudice, and the estate's counterclaim against Nationwide is dismissed without prejudice. All that remains of this case is the dispute between Nationwide and Faircloth.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 May 2015