IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATIONWIDE PROPERTY & CASUALTY
INSURANCE COMPANY                                                          PLAINTIFF

v.                             No. 3:13-cv-236-DPM

DONALD R. FAIRCLOTH, JR.                                                   DEFENDANT

## ORDER

The Scheduling Order, № 37, is suspended, all deadlines are canceled, and the trial is canceled. Motion, № 75, granted as modified. Faircloth's reply due by 29 May 2015. The Court will reset the trial, if need be, after ruling on the cross motions for summary judgment.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2015