IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATIONWIDE PROPERTY & CASUALTY
INSURANCE COMPANY                                          PLAINTIFF/
                                                 COUNTER-DEFENDANT

v.                       No. 3:13-cv-236-DPM

DONALD R. FAIRCLOTH, JR.                                   DEFENDANT/
                                                   COUNTER-CLAIMANT

## JUDGMENT

Nationwide Property & Casualty Insurance Company is entitled to rescind the non-compulsory provisions of policy No. 6303U017733, which was issued to Donald R. Faricloth, Jr. Faircloth's counter-claims are dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2015