IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATIONWIDE PROPERTY & CASUALTY
INSURANCE COMPANY                                                PLAINTIFF

v.                      No. 3:13-cv-236-DPM

DONALD R. FAIRCLOTH, JR.                                         DEFENDANT

### ORDER

For the reasons previously explained, № 78, as supplemented by the sound reasoning of Nationwide's response, № 82, Faircloth's motion for reconsideration, № 80, is denied.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 September 2015